Decided April 9, 2002

## CARLOS LORENZI GUADALUPE *v.* COMMISSIONER OF CORRECTION

The petitioner Carlos Lorenzi Guadalupe's for certification for appeal from the Appellate Court, 68 Conn. App. 376 (AC 20172), is denied.

---

* The appeal was withdrawn September 30, 2003.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Felix Esposito*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided April 9, 2002